# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

————

No. 19-2700

————

AMILCAR ANTONIO FRANCISCO-LOPEZ,

Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA,

Respondent

————

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No.:  A041-811-480)
Immigration Judge:  Honorable Nelson Vargas Padilla

————

Before:  SHWARTZ, SCIRICA, and RENDELL, <u>Circuit Judges</u>

## <u>ORDER AMENDING OPINION</u>

**IT IS SO ORDERED**, that the published Opinion in the above case, filed on

May 15, 2020, be amended as follows:

**On page 9**, **footnote 5,** delete the following:

5 At the time the BIA rendered its decision in Francisco's case, the BIA's decision in
*Obeya* had been reversed by the Second Circuit. Retroactivity aside, we could not affirm
the BIA's decision on "the grounds upon which the agency acted," *SEC v. Chenery*

*Corp.*, 318 U.S. 80, 95 (1943), because the BIA relied on precedent that was no longer good law. *See Henriquez Dimas v. Sessions*, 751 F. App'x 368, 370 (4th Cir. 2018) (remanding to the BIA when the BIA opinion relied on a prior precedential BIA opinion interpreting the definition of a CIMT that had since been reversed by the court of appeals).

The amendment does not change the date of filing, May 15, 2020.  An amended opinion will be filed.


By the Court,



s/MARJORIE O. RENDELL
Circuit Judge


Dated: August 13, 2020
cc: All Counsel of Record